## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVID PERRY,** | ) <br> ) <br> ) Case No.: <br> ) |
| Plaintiff. | ) 1:21-cv-00369-DNH-DJS <br> ) |
| v. | ) <br> ) |
| **VEHICLE PROTECTION SPECIALISTS et al,** | ) <br> ) <br> ) |
| Defendant. | ) |

## **NOTICE OF SETTLEMENT**

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within thirty (30) days.

Dated: May 20, 2021                    By: */s/ Craig T. Kimmel*
                                                   Craig T. Kimmel, Esquire
                                                   Kimmel & Silverman, P.C.
                                                   30 E. Butler Ave
                                                   Ambler, PA 19002
                                                   Phone: (215) 540-8888
                                                   Fax: (877) 788-2864
                                                   Email: teamkimmel@creditlaw.com

## **CERTIFICATE OF SERVICE**

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via electronic mail:

**Christopher Meier**
Greenspoon Marder Law
100 W Cypress Creek Road
Suite 700
Fort Lauderdale FL 33309
Phone: (954) 491-1120
Fax: (954) 213-0073
Email: Christopher.Meier@gmlaw.com
Attorney for Defendant

Dated: May 20, 2021           By: */s/ Craig T. Kimmel*
                                  Craig T. Kimmel, Esquire
                                  Kimmel & Silverman, P.C.
                                  30 E. Butler Ave
                                  Ambler, PA 19002
                                  Phone: (215) 540-8888
                                  Fax: (877) 788-2864
                                  Email: teamkimmel@creditlaw.com