UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DAVID PERRY,** )<br>)<br>)<br>*Plaintiff* )<br>)  Case No.: 1:21-cv-00369-DNH-DJS<br>v. )<br>)<br>**VEHICLE PROTECTION SPECIALISTS** )<br>**et al,** )<br>)<br>)<br>**Defendant** ) | |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: June 11, 2021         BY: */s/ Craig T. Kimmel*
                              Craig T. Kimmel, Esquire
                              Kimmel & Silverman, P.C.
                              30 East Butler Pike
                              Ambler, PA 19002
                              Phone: (215) 540-8888
                              Facsimile: (877) 600-2112
                              Email: teamkimmel@creditlaw.com
                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2021, a true and correct copy of the foregoing pleading served via electronic mail to the below:

Christopher Meier
Greenspoon Marder LLP
100 West Cypress Creek Road, Suite 700
Fort Lauderdale, FL 33309
Phone: 954.734.1836
Email: christopher.meier@gmlaw.com
Attorney for the Defendant

Dated: <u>June 11, 2021</u>        */s/ Craig T. Kimmel*
                        Craig T. Kimmel, Esquire
                        Kimmel & Silverman, P.C.
                        30 East Butler Pike
                        Ambler, PA 19002
                        Phone: (215) 540-8888
                        Facsimile: (877) 600-2112
                        Email: teamkimmel@creditlaw.com
                        Attorney for Plaintiff